January 13, 2015



# JUDGMENT

## The Fourteenth Court of Appeals

RUBY YARBROUGH AND WILBURN E. YARBROUGH, Appellants

NO. 14-13-00932-CV                              V.

HOUSEHOLD FINANCE CORPORATION III, Appellee

_____

This cause, an appeal from the judgment in favor of appellee, Household Finance Corporation III, signed September 20, 2013, was heard on the transcript of the record. We have inspected the record and find error in the judgment. We therefore order the judgment of the court below **REVERSED** and **REMAND** the cause with instruction to dismiss the cause.

We further order that all costs incurred by reason of this appeal be paid by appellee, Household Finance Corporation III.

We further order this decision certified below for observance.